**Petition for Writ of Habeas Corpus Granted in Part, Denied in Part, and Memorandum Opinion filed March 3, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00140-CV

---

### IN RE CELINA JEAN HARP, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**345th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-AG-15-002375**

---

## M E M O R A N D U M   O P I N I O N

On February 12, 2020, relator Celina Jean Harp filed a petition for writ of habeas corpus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator claims that the Order Revoking Suspension and for Commitment, signed on January 29, 2020 by the Honorable Eric Shepperd, is void because it (1) is based on an expired and void underlying order of enforcement, and (2) wrongfully denies her entitlement to "good conduct time credit" while she

is incarcerated. She requests that she be discharged from confinement. We conclude that the order is not void, but it improperly denies her entitlement to good conduct time credit. *See Ex parte Roosth*, 881 S.W.2d 300, 301 (Tex. 1994) (orig. proceeding) ("A trial court has no authority to limit the operation of the good behavior credit.").

Accordingly, we grant in part her petition for writ of habeas corpus, such that the provision barring good conduct time credit is stricken from the trial court's January 29, 2020 order. *See id.* All other requested relief is denied.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.